IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| AZEL P. SMITH, ET AL | PLAINTIFFS |
|---|---|
| VERSUS | CIVIL ACTION NO. 3:01CV367-B-N |
| CITY OF JACKSON, ET AL. | DEFENDANTS |

### FINAL JUDGMENT

This matter is before the Court on the parties' stipulation that it should be dismissed with prejudice in consequence of their resolution of their underlying differences. Therefore, this action is dismissed with prejudice, the parties to bear only their own costs and attorney fees incurred in connection therewith.

SO ORDERED, ADJUDGED AND DECREED this 10th day of October, 2007.

                                          s/William H. Barbour, Jr.
                                          WILLIAM H. BARBOUR
                                          UNITED STATES DISTRICT JUDGE

s/Dennis L. Horn
Dennis L. Horn (2645)
Horn & Payne, PLLC
Post Office Box 2754
Madison, MS 39130
Attorney for Plaintiffs

s/Sam M. Brand, Jr.
Sam M. Brand, Jr. (4310)
Post Office Box 24296
Jackson, MS 39225-4296
Attorney for Plaintiffs

s/R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr. (7921)
Heather W. Martin (101601)
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson MS  39201
Telephone:  (601) 961-9900
Facsimile:  (888) 254-2607
Attorney for Defendants

71512.1